**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>December 5, 2007</u>

Case No.  <u>C 07-06141 WHA</u>

Title: <u>PETROLIAM NASIONAL BERHAD</u>  v. <u>EARTHLINK, INC.</u>

Plaintiff Attorneys: Perry Clark; Sarah Forney

Defense Attorneys: n/a

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Jim Yeomans</u>

**PROCEEDINGS**

1)   <u>Plt's Motion for TRO - GRANTED</u>

2)   _____

Continued to  **12/19/07 at 8:00 am**   for Motion for Preliminary Injunction

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court granted the plaintiff's ex parte Motion for TRO.  Plaintiff shall serve the defendant's with the Court's order.  Defendants shall serve them at all three of their locations noon tomorrow.  Defendant's opposition shall be filed by 12/14/07.

By noon tomorrow, plaintiff shall also alert the US Attorney's Office about the case.