FILED

DEC 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

E-filing

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>                              Plaintiff,<br><br>           v.<br><br>EARTHLINK, INC.,<br><br>                              Defendant. | CV 07 6141 BZ<br><br>NO. 07-CV-_____<br><br>Hearing: December 5, 2007 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Petroliam Nasional Berhad's Motion for Temporary Restraining Order, the Court finds that Plaintiff is likely to succeed on the merits of its claim that Defendant Earthlink's hosting of the Unauthorized Website constitutes contributory infringement of Plaintiff's trademarks for the reasons set forth in the Memorandum in Support of the Motion and the Declaration in Support of the Motion, both of which were filed on December 5, 2007.

The harm caused by trademark infringement is presumed to be "irreparable." *GoTo.com v. Walt Disney Co.*, 202 F.3d 1199, 1209 (9th Cir. 2000) (upon a showing of likely success as to trademark infringement, a Court "may presume irreparable injury"). Moreover, the Chia Declaration shows that the trademark infringement is causing substantial confusion among potential employees of Plaintiff and potentially aiding a scheme to defraud the public. Because monetary damages will be inadequate to compensate Plaintiff for these harms, for purposes of granting temporary relief, the Court finds that injury caused is irreparable.

[PROPOSED] ORDER

1    IT IS THEREFORE ORDERED that Defendant Earthlink, Inc., its agents, representatives,
2    servants, employees, and all those acting in concert with them remove from Defendant Earthlink's
3    servers, or otherwise disable public access to, the website "www.petronasoil.net."
4    IT IS FURTHER ORDERED that Plaintiff shall serve this restraining order and all
5    supporting papers pursuant to Civil Local Rule 65-1(c) on Defendant Earthlink no later than
6    _12-6-07 at noon_.

    A hearing on preliminary injunction shall be held at 10 a m on Dec. 19, 2007. Any opposition must be filed by Dec. 14, 2007 at noon.

7    SO ORDERED.
10   Dated: __12-5-07__ at __noon__ a.m./p.m.       _____
                                                    United States District Court Judge

[PROPOSED] ORDER                                -2-

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 27th Floor, San Francisco, California 94104. On December 5, 2007, I caused a copy of the following to be served on the parties as follows:

**[PROPOSED] ORDER**

[X]  **BY OVERNIGHT MAIL.** By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

[ ]  **BY ELECTRONIC MAIL.** I sent a pdf copy of the above referenced document my electronic mail to the email addresses listed below.

[ ]  **BY OVERNIGHT COURIER SERVICE.** I am readily familiar with the business practice at my place of business for collection and processing of documents for deposit with an overnight delivery service. Documents placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. The above document was placed in a sealed envelope with postage thereon fully prepaid, and placed for collection for overnight delivery on that date following ordinary business practice.

[ ]  **BY HAND DELIVERY.** I caused the above document(s) to be hand delivered to the addressee listed below, or a representative thereof.

EarthLink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed December 5, 2007, at San Francisco, California.

Perry Clark