Perry R. Clark, State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:   (415) 439-1500
pclark@kirkland.com

Attorneys For Plaintiff
PETROLIAM NASIONAL BERHAD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>EARTHLINK, INC.,<br><br>　　　　　　　　　　Defendant. | NO. 07-CV-6141<br><br>**JOINT MOTION AND STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER AND CONTINUANCE OF HEARING** |

Joint Motion for Extension of Time

1   Plaintiff, Petroliam Nasional Berhad ("Plaintiff"), and Defendant, EarthLink, Inc.
2   ("Defendant"), pursuant to Fed. R. Civ. Pro. 7(b), hereby stipulate and move this Court for an
3   extension of time for Defendant to respond to the motion for Temporary Restraining Order ("TRO")
4   filed by Plaintiff on December 5, 2007.  Defendant's opposition to the TRO is due on December 14,
5   2007.  The parties respectfully request an extension of time through and including December 21,
6   2007 for Defendant to respond to or file an opposition to the TRO.
7   The parties also request that the hearing set for December 19, 2007 be continued.  The parties
8   will report to the Court on December 21, 2007 whether they believe the hearing should be cancelled
9   or re-set at the Court's convenience.  This motion is supported by the declaration of Perry Clark filed
10  contemporaneously herewith.

12  Dated:  December 14, 2007                    Respectfully submitted,

15                                               _____/S/_____
                                                 Perry R. Clark, State Bar No. 197101
16                                               KIRKLAND & ELLIS LLP
                                                 555 California Street
17                                               San Francisco, CA  94104
                                                 Telephone:  (415) 439-1400
18                                               Facsimile:   (415) 439-1500

                                                 Attorneys For Plaintiff
20                                               Petroliam Nasional Berhad
                                                 Respectfully submitted,

22  Dated:  December 14, 2007

24                                               _____/S/_____
                                                 Lawrence Slovensky
25                                               Vice President and Assistant General Counsel
                                                 Earthlink, Inc.
26                                               1375 Peachtree Street, NW Level A
                                                 Atlanta, Georgia 30309

Joint Motion for Extension of Time                   -2-

1  SO ORDERED,

_____
Hon. William H. Alsup
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 27th Floor, San Francisco, California 94104. I caused a copy of the following to be served on the parties as follows:

**JOINT MOTION AND STIPULATION FOR AN
EXTENSION OF TIME TO RESPOND TO MOTION FOR
TEMPORARY RESTRAINING ORDER AND
CONTINUANCE OF HEARING**

[ ]  **BY OVERNIGHT MAIL.** By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

[X]  **BY ELECTRONIC MAIL.** I sent a pdf copy of the above referenced document my electronic mail to the email addresses listed below.

[ ]  **BY OVERNIGHT COURIER SERVICE.** I am readily familiar with the business practice at my place of business for collection and processing of documents for deposit with an overnight delivery service. Documents placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. The above document was placed in a sealed envelope with postage thereon fully prepaid, and placed for collection for overnight delivery on that date following ordinary business practice.

[ ]  **BY HAND DELIVERY.** I caused the above document(s) to be hand delivered to the addressee listed below, or a representative thereof.

EarthLink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed December 14, 2007, at Washington, DC.

_____

Perry Clark