1  Perry R. Clark, State Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   pclark@kirkland.com
5
   Attorneys For Plaintiff
6  PETROLIAM NASIONAL BERHAD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>                        Plaintiff,<br><br>    v.<br><br>EARTHLINK, INC.,<br><br>                        Defendant. | NO. 07-CV-6141<br><br>**DECLARATION IN SUPPORT OF JOINT MOTION AND STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER AND CONTINUANCE OF HEARING** |

I, Perry Clark, declare as follows:

1. I have met and conferred with Larry Slovensky, General Counsel for Defendant, EarthLink, Inc. Both parties agree that EarthLink, Inc. has complied with the Temporary Restraining Order issued by this Court on December 5, 2007.

2. Due to EarthLink's measures in compliance with the Temporary Restraining Order and the ongoing discussions between the parties toward settling this issue, the parties jointly request an enlargement of time for EarthLink to file its response or opposition to the Temporary Restraining Order through and including December 21, 2007.

3. The parties also will report to the court on December 21, 2007 as to whether they still believe a hearing is necessary.

4. No previous time modifications in this case have been made.

5. As the parties anticipate settling this matter in the near future, the requested time modification will have minimal effect on the schedule for the case. While this request does impact the hearing scheduled for December 21, 2007, the parties have jointly agreed to report to the court on December 21, 2007 as to whether they still believe a hearing is necessary. Should a hearing regarding the Temporary Restraining Order remain necessary, the parties agree to schedule this hearing at the convenience of the Court.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. This declaration is being executed in Washington, DC.

Dated: December 14, 2007          Respectfully submitted,

                                    _____/S/_____
                                    Perry R. Clark, State Bar No. 197101
                                    KIRKLAND & ELLIS LLP
                                    555 California Street
                                    San Francisco, CA  94104
                                    Telephone:  (415) 439-1400
                                    Facsimile:   (415) 439-1500
                                    Attorneys For Plaintiff
                                    Petroliam Nasional Berhad

-2-

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 27th Floor, San Francisco, California 94104. I caused a copy of the following to be served on the parties as follows:

**DECLARATION IN SUPPORT OF JOINT MOTION AND STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER AND CONTINUANCE OF HEARING**

[ ]  **BY OVERNIGHT MAIL.** By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

[X]  **BY ELECTRONIC MAIL.** I sent a pdf copy of the above referenced document my electronic mail to the email addresses listed below.

[ ]  **BY OVERNIGHT COURIER SERVICE.** I am readily familiar with the business practice at my place of business for collection and processing of documents for deposit with an overnight delivery service. Documents placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. The above document was placed in a sealed envelope with postage thereon fully prepaid, and placed for collection for overnight delivery on that date following ordinary business practice.

[ ]  **BY HAND DELIVERY.** I caused the above document(s) to be hand delivered to the addressee listed below, or a representative thereof.

EarthLink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed December 14, 2007, at Washington, DC.

Perry Clark