1  Perry R. Clark, State Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   pclark@kirkland.com
5
   Attorneys For Plaintiff
6  PETROLIAM NASIONAL BERHAD

7

8

9           **UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION**

11

12 | PETROLIAM NASIONAL BERHAD, | NO. 07-CV-6141 WHA |
   |---|---|
13 | Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER;** |
14 | v. | |
15 | EARTHLINK, INC., | **REPORT RE: HEARING; AND,** |
16 | Defendant. | **STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Notice, Report, and Stipulation                                    Case No. 07-CV-6141 WHA

1  PLEASE TAKE NOTICE THAT Plaintiff Petroliam Nasional Berhad ("Petronas") hereby WITHDRAWS its motion for a temporary restraining order filed against Defendant Earthlink, Inc. ("Earthlink") on December 5, 2007. Earthlink has complied with the relief requested in the motion of Petronas and has represented that it will continue to do so.

Pursuant to the Court's Order of December 14, 2007, the parties report that a hearing is not necessary at this time and respectfully request that the hearing be vacated.

Finally, pursuant to Fed. R. Civ. P. 7(b), the parties hereby stipulate and move this Court for an extension of time for Earthlink to answer or otherwise respond to the Complaint. Earthlink's response currently is due on December 26, 2007. The parties respectfully request an extension of time through and including January 31, 2008 for Earthlink to answer or otherwise respond to the complaint.

Dated: December 21, 2007

Respectfully submitted,

_____/S/_____
Perry R. Clark, State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:   (415) 439-1500

Attorneys For Plaintiff
Petroliam Nasional Berhad

Notice, Report, and Stipulation                                                    Case No. 07-CV-6141 WHA

                                                Respectfully submitted,

Dated: December 21, 2007

                                                        /S/
_____
Lawrence Slovensky
Vice President and Assistant General Counsel
Earthlink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

SO ORDERED,


_____
Hon. William H. Alsup
U.S. District Court Judge

Notice, Report, and Stipulation                                                                   Case No. 07-CV-6141 WHA

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 27th Floor, San Francisco, California 94104. On December 21, 2007, I caused a copy of the following to be served on the parties as follows:

**NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER;**

**REPORT RE: HEARING; AND,**

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

[X]  **BY OVERNIGHT MAIL.** By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

[X]  **BY ELECTRONIC MAIL.** I sent a pdf copy of the above referenced document my electronic mail to the email addresses listed below.

[ ]  **BY OVERNIGHT COURIER SERVICE.** I am readily familiar with the business practice at my place of business for collection and processing of documents for deposit with an overnight delivery service. Documents placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. The above document was placed in a sealed envelope with postage thereon fully prepaid, and placed for collection for overnight delivery on that date following ordinary business practice.

[ ]  **BY HAND DELIVERY.** I caused the above document(s) to be hand delivered to the addressee listed below, or a representative thereof.

Lawrence Slovensky, Esq.
EarthLink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed December 21, 2007, at San Francisco, California.

Perry Clark

Notice, Report, and Stipulation                                                                                  Case No. 07-CV-6141 WHA

-4-