1  Perry R. Clark, State Bar No. 197101
2  Sarah L. Forney, State Bar No. 254769
   KIRKLAND & ELLIS LLP
3  555 California Street
   San Francisco, CA  94104
4  Telephone: (415) 439-1400
   Facsimile:  (415) 439-1500
5  pclark@kirkland.com

6  Attorneys For Plaintiff
7  PETROLIAM NASIONAL BERHAD

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD,<br><br>                    Plaintiff,<br><br>         v.<br><br>EARTHLINK, INC.,<br><br>                    Defendant. | NO. 07-CV-6141<br><br>**JOINT MOTION AND STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Petroliam Nasional Berhad ("Plaintiff"), and Defendant, EarthLink, Inc. ("Defendant"), pursuant to Fed. R. Civ. Pro. 7(b), hereby stipulate and move this Court for an extension of time for Defendant to respond to the Complaint filed by Plaintiff on December 5, 2007. Defendant's response to the Complaint is due on January 31, 2008. The parties respectfully request an extension of time through and including February 6, 2008 for Defendant to respond to or file an opposition to the Complaint.

Dated: January 31, 2008

Respectfully submitted,

_____/S/_____
Perry R. Clark, State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys For Plaintiff
Petroliam Nasional Berhad

Dated: January 31, 2008

Respectfully submitted,

_____/S/_____
Lawrence Slovensky
Vice President and Assistant General Counsel
Earthlink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

1   PURSUANT TO STIPULATION, IT IS SO ORDERED,

2

3                                                    _____

4                                                    Hon. William H. Alsup
                                                     U.S. District Court Judge

5