1  Perry R. Clark, State Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
3  San Francisco, CA  94104
   Telephone:  (415) 439-1400
4  Facsimile:   (415) 439-1500
   pclark@kirkland.com
5
   Attorneys For Plaintiff
6  PETROLIAM NASIONAL BERHAD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PETROLIAM NASIONAL BERHAD, | NO. 07-CV-6141 |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| EARTHLINK, INC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**    Case No. 07-CV-6141 WHA

Plaintiff, Petroliam Nasional Berhad ("Plaintiff"), pursuant to Fed R. Civ. Pro. 41(a)(1), hereby voluntarily dismisses its claims against Defendant, Earthlink, Inc. ("Defendant") without prejudice. Because Defendant has not served an answer or filed a motion for summary judgment in response to Plaintiff's complaint in this action, the voluntary dismissal of this action does not require an order of the Court. Plaintiff states that no Court of the United States or of any state previously dismissed any action based on or including the same claims as presented by Plaintiff in its complaint herein.

Plaintiff voluntarily dismisses its claims against Defendant based on the information Defendant has provided to Plaintiff regarding the registrant of the fraudulent website at issue in this dispute and on Defendant's agreement to abide by the terms of the Temporary Restraining Order, issued by this Court on December 6, 2007, and on the condition that Defendant agrees to use its best efforts to inform Petronas if anyone attempts to use Earthlink's servers in the future to use any Petronas trademark with the consent of Petronas. A copy of the parties' letter agreement is attached as Exhibit A hereto.

Dated: February 13, 2008              Respectfully submitted,

                                       _____/S/_____
                                       Perry R. Clark, State Bar No. 197101
                                       KIRKLAND & ELLIS LLP
                                       555 California Street
                                       San Francisco, CA  94104
                                       Telephone:  (415) 439-1400
                                       Facsimile:   (415) 439-1500

                                       Attorneys For Plaintiff
                                       Petroliam Nasional Berhad

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**                Case No. 07-CV-6141 WHA

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 27th Floor, San Francisco, California 94104. On February 13, 2008, I caused a copy of the following to be served on the parties as follows:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

[X]   **BY OVERNIGHT MAIL.**  By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

[X]   **BY ELECTRONIC MAIL.**  I sent a pdf copy of the above referenced document my electronic mail to the email addresses listed below.

[ ]   **BY OVERNIGHT COURIER SERVICE.**  I am readily familiar with the business practice at my place of business for collection and processing of documents for deposit with an overnight delivery service. Documents placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. The above document was placed in a sealed envelope with postage thereon fully prepaid, and placed for collection for overnight delivery on that date following ordinary business practice.

[ ]   **BY HAND DELIVERY.**  I caused the above document(s) to be hand delivered to the addressee listed below, or a representative thereof.

> Lawrence Slovensky, Esq.
> EarthLink, Inc.
> 1375 Peachtree Street, NW Level A
> Atlanta, Georgia 30309

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed February 13, 2008, at San Francisco, California.

_____/S/_____

Perry Clark

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**   Case No. 07-CV-6141 WHA

A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104-1501

Perry Clark
To Call Writer Directly:
(415) 439-1938
pclark@kirkland.com

(415) 439-1400

www.kirkland.com

Facsimile:
(415) 439-1500
Dir. Fax: (415) 439-1500

January 24, 2008

*This communication is made pursuant to Federal Rule of Evidence 408.*

Lawrence Slovensky, Esq.
Office of the General Counsel
EarthLink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

Dear Larry,

    As we discussed, Petronas would like to promptly settle this matter on the following terms. In exchange for Petronas immediately dismissing *Petroliam Nacional Berhad v. Earthlink, Inc.*, Case No. CV 07 6141, without prejudice, Earthlink will agree to abide by the terms of the temporary restraining order issued in that case and to make its best efforts to inform Petronas if anyone attempts to use Earthlink's servers in the future to use any Petronas trademark without the consent of Petronas.

    If these terms are agreeable to you, please sign this letter below and return it to me.

Best Regards,

*/s/ Perry Clark*
Perry Clark

Agreed to on behalf of Earthlink, Inc.

*/s/ Lawrence Slovensky*
Lawrence Slovensky

Title: Vice President - Assistant General Counsel

Chicago     Hong Kong     London     Los Angeles     Munich     New York     Washington, D.C.

FILED
DEC 5 2007

UNITED STATES DISTRICT COURT
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

E-filing

| PETROLIAM NASIONAL BERHAD, | |
|---|---|
| Plaintiff, | NO. 07-CV-_____ |
| v. | Hearing: December 5, 2007 |
| EARTHLINK, INC., | |
| Defendant. | |

CV 07 6141 BZ

### [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Petroliam Nasional Berhad's Motion for Temporary Restraining Order, the Court finds that Plaintiff is likely to succeed on the merits of its claim that Defendant Earthlink's hosting of the Unauthorized Website constitutes contributory infringement of Plaintiff's trademarks for the reasons set forth in the Memorandum in Support of the Motion and the Declaration in Support of the Motion, both of which were filed on December 5, 2007.

The harm caused by trademark infringement is presumed to be "irreparable." *GoTo.com v. Walt Disney Co.*, 202 F.3d 1199, 1209 (9th Cir. 2000) (upon a showing of likely success as to trademark infringement, a Court "may presume irreparable injury"). Moreover, the Chia Declaration shows that the trademark infringement is causing substantial confusion among potential employees of Plaintiff and potentially aiding a scheme to defraud the public. Because monetary damages will be inadequate to compensate Plaintiff for these harms, for purposes of granting temporary relief, the Court finds that injury caused is irreparable.

[PROPOSED] ORDER

1     IT IS THEREFORE ORDERED that Defendant Earthlink, Inc., its agents, representatives,

2 servants, employees, and all those acting in concert with them remove from Defendant Earthlink's

3 servers, or otherwise disable public access to, the website "www.petronasoil.net."

4     IT IS FURTHER ORDERED that Plaintiff shall serve this restraining order and all

5 supporting papers pursuant to Civil Local Rule 65-1(c) on Defendant Earthlink no later than

6 _12-6-07 at noon_.  *A hearing on preliminary injunction*

7     SO ORDERED. *shall be held at 10 am on*

8 *Dec. 19, 2007. Any opposition must*

9 *be filed by Dec. 14, 2007 at noon.*

10 Dated: _12-5_ at _____ a.m./p.m.  /s/ WHA

11 _12-8-07_

12 _at noon_     United States District Court Judge

[PROPOSED] ORDER     -2-

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18, and not a party to this action. My place of employment and business address is 555 California Street, 27th Floor, San Francisco, California 94104. On December 5, 2007, I caused a copy of the following to be served on the parties as follows:

### [PROPOSED] ORDER

[X]  **BY OVERNIGHT MAIL.** By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

[ ]  **BY ELECTRONIC MAIL.** I sent a pdf copy of the above referenced document my electronic mail to the email addresses listed below.

[ ]  **BY OVERNIGHT COURIER SERVICE.** I am readily familiar with the business practice at my place of business for collection and processing of documents for deposit with an overnight delivery service. Documents placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. The above document was placed in a sealed envelope with postage thereon fully prepaid, and placed for collection for overnight delivery on that date following ordinary business practice.

[ ]  **BY HAND DELIVERY.** I caused the above document(s) to be hand delivered to the addressee listed below, or a representative thereof.

EarthLink, Inc.
1375 Peachtree Street, NW Level A
Atlanta, Georgia 30309

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed December 5, 2007, at San Francisco, California.

Perry Clark